# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 17-26774-LSS |
| ZONA E. BURFORD | |
|     Debtor | Chapter 13 |

DITECH FINANCIAL LLC
    Movant

v.

ZONA E. BURFORD
    Debtor/Respondent
and
MARSHALL RYAN BURFORD
    Co-Debtor/Co-Respondent
and
NANCY SPENCER GRIGSBY
    Trustee/Respondent

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301(c) (REAL PROPERTY)

Ditech Financial LLC ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, and pursuant to 11 U.S.C. § 1301(c), for relief from the Co-Debtor stay, with respect to certain real property of the Debtor having an address of 3898 Jefferson Pike, Jefferson, MD 21755 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on December 15, 2017.

2. A Chapter 13 Plan was confirmed on May 9, 2018.

3. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $242,000.00 (the "Note"). A copy of the Note is attached hereto.

4. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor and Co-Debtor under and with respect to the Note and the Deed of Trust are secured by the Property. The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of Frederick County, Maryland. A copy of the recorded Deed of Trust is attached hereto.

5. The Debtor was in default at the time the present bankruptcy was filed. The

Debtor owed prepetition arrears of $24,511.12. The prepetition arrearage is detailed in the Movant's Proof of Claim.

6.     As of June 25, 2018, the estimated outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $241,358.01 |
| Unpaid, Accrued Interest | $13,671.22 |
| NSF Fees | $15.00 |
| Uncollected Late Charges | $465.64 |
| Mortgage Insurance Premiums | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $4,304.08 |
| Other Fees | $5,036.85 |
| Other Costs | $0.00 |
| Less: Partial Payments | ($1,872.46) |
| Minimum Outstanding Obligations | $262,978.34 |

7.     The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor as of June 25, 2018.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 3 | 04/01/2018 | 06/01/2018 | $2,060.55 | $6,181.65 |
| Less post-petition partial payments (suspense balance): | | | | ($379.60) |
| **Total Post-petition Payments:** | | | | **$5,802.05** |

8.     In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof; in connection with seeking the relief requested in this Motion, Movant has also incurred $850.00 in legal fees and $181.00 in costs.

9.     The estimated market value of the Property is $263,000.00. The basis for such valuation is the Debtor`s schedule D.

10.     Based upon the Schedules of the Debtor and the amount of the Obligations described herein, the aggregate amount of encumbrances on the Property is $262,978.34.

11.     Cause exists for relief from the automatic stay for the following reasons:

(a)     Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion.

      (b)    Postconfirmation payments required by the confirmed plan have not been made to Movant.

      (c)    Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has little to no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

12.    In the event the automatic stay under 11 U.S.C §362(a) is terminated as to the subject Property, Movant may, at its discretion, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Debtor may contact Movant, in kind. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

13.    Documentation provided is in support of right to seek a lift of stay and foreclose if necessary.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1.    Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.    Relief from the co-debtor stay imposed by 11 U.S.C § 1301(a).

3.    That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4.    For such other relief as the Court deems proper.

Dated: August 9, 2018

Respectfully Submitted,
BWW Law Group, LLC

/s/ Nikita Joshi
Nikita Joshi, Esq., MD Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

*BWW#:MD-324937*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 9th day of August, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from Automatic Stay, and Motion for Relief from Co-Debtor Stay, will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby, Trustee  
grigsbyecf@ch13md.com

James R. Logan, Esq.  
jamesrloganpa@gmail.com

  I hereby further certify that on this 9th day of August, 2018, a copy of the foregoing Motion for Relief from Automatic Stay, and Motion for Relief from Co-Debtor Stay, was also mailed first class mail, postage prepaid, to:

Zona E. Burford  
3898 Jefferson Pike  
Jefferson, MD 21755-8121

Marshall Ryan Burford  
3898 Jefferson Pike  
Jefferson, MD 21755

                 /s/ Nikita Joshi  
                 Nikita Joshi, Esq.

*BWW#:MD-324937*